1:06 M 133 A

# PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER

REPORT: 11/21/2006

FOR 11/13/06 AT 10:00

MAGISTRATE JUDGE: HON. LINCOLN D. ALMOND
HEARING SITE: RI50 DISTRICT: DISTRICT OF RHODE ISLAND

| LOC / VIOL NO. / ORIGINAL AMT / BALANCE DUE | HRG TYPE | DEFENDANT NAME / ADDRESS | OFFENSE | ISSUED | OFFICER | FTA CODE | NARRATIVE | PROCESSING FEE | SPECIAL ASSESS. | FINE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RI50 | | IMONDI, RICHARD R | DESTROYING GOVT PROPERTY | 05/02/2006 | SEGEE | TE | | $25 | | $250 | $275 |
| V0029288 | M | 57 LARCH DR | | | | | | | | | |
| $0.00 | | COVENTRY, RI 02816 | | | | | | | | | |
| $0.00 | | SSN# ###-##-7122 DRIVERS LIC.# ST: | | | | Fine due by 1/31/07 | | | | | |

SSN# DRIVERS LIC.# ST:

SSN# DRIVERS LIC.# ST:

SSN# DRIVERS LIC.# ST:

SSN# DRIVERS LIC.# ST:

SSN# DRIVERS LIC.# ST:

TAPE NUMBER(S) ____ SIGNATURE OF JUDICIAL OFFICIAL: [signature] USMJ DATE: 11/21/06