LDA

CR 06 140T

Richard Imondi
57 Larch Dr
Coventry, RI 02816
(401) 828-9278

UNITED STATES DISTRICT COURT

CITATION # V0029288

I RICHARD IMONDI WISH TO APPEAL THE JUDGEMENT PASSED BY JUDGE LINCOLN ALMOND PASSED ON 11-15-06 IN UNITED STATES DISTRICT COURT.

Richard Imondi