UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

          v.                    CA No. 06-140-T

RICHARD IMONDI

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Defendant's application to proceed in forma pauperis is denied without prejudice for failure to complete ¶ 3 by stating the amount of the applicant's pension.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Judge

Date: 12/12/06