UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 06-140-T

RICHARD IMONDI

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

Defendant's application to proceed in forma pauperis is denied without prejudice for failure to complete ¶ 3 by stating the amount of the applicant's pension.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 12/12/06