UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-140T |
| | : | |
| RICHARD R. IMONDI | : | |

**ORDER**

By letter dated February 5, 2007, pro se Defendant Richard R. Imondi requested permission to pay his total fine of $275.00 in a "payment plan" starting March 1, 2007 because he was unable to pay it in a lump sum. Defendant's request is GRANTED, and the Judgment entered in his criminal case (Document No. 12) is further amended to provide for installment payments as follows:

| | | |
|---|---|---|
| **Due by:** | **March 1, 2007** | **$75.00** |
| **Due by:** | **April 1, 2007** | **$75.00** |
| **Due by:** | **May 1, 2007** | **$75.00** |
| **Due by:** | **June 1, 2007** | **$50.00** |

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
February 9, 2007